IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Civil Case No. 1:08cv9
[Criminal Case No. 1:04cr43-4]

| | |
|---|---|
| ANGELA HOWELL, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____) | ORDER |

**THIS MATTER** is before the Court on the Petitioner's Motion to Admit Exhibits [Doc. 3].

The Court construes this as a motion to supplement the pending motion to vacate with a letter concerning the medical status of the Petitioner's brother. The Government has not objected to the request to supplement and in fact, has addressed the Petitioner's argument concerning her release due to her brother's medical condition. The Court will therefore allow the Petitioner's motion to supplement. Fed.R.Civ.P.15(a)(1)(B).

**IT IS, THEREFORE, ORDERED** that the Petitioner's Motion to Admit Exhibits [Doc. 3], construed as a motion to supplement, is hereby **GRANTED** and the document is deemed filed *nunc pro tunc*.

Signed: September 8, 2010

Martin Reidinger
United States District Judge