# United States District Court
# For The Western District of North Carolina
# Asheville Division

ANGELA HOWELL,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CIVIL CASE NO. 1:08cv9
[Criminal Case No. 1:04cr43-4]

DECISION BY COURT. This action having come before the Court on Petitioner's 28:2255 Motion to Vacate and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/28/2011 Memorandum of Decision and Order.

Signed: February 28, 2011

Frank G. Johns, Clerk
United States District Court